# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DARRYL WALLACE, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 1:03-CV-2590-RWS |
| THE COCA-COLA COMPANY, | : |
| | : |
| Defendant. | : |

## ORDER

This case is before the Court for consideration of Plaintiff's Motion to Admit Plaintiff *In Propria Persona* [86]. Plaintiff's Motion is hereby **GRANTED**. Plaintiff will be permitted to proceed *pro se*. Plaintiff is reminded that he must serve Defendant with a copy of all matters filed with the Court. Plaintiff is further reminded that his Objections to the Final Report and Recommendation are due no later than November 12, 2005.

SO ORDERED, this   11th   day of October, 2005.

/s/ Richard W. Story
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)